Noriega & Alvarez, Demandante y Apelante, *v.* The New York and Porto Rico SS. Co., Demandada y Apelada.

No. 3248.—*Visto:* Mayo 28, 1924. *Resuelto:* Julio 14, 1924.

Memorándum de Costas—Radicación Prematura del Memorándum de Costas.—Cuando el memorándum de costas se presenta en la corte inferior antes de ser recibido en ella la sentencia del Tribunal Supremo, la radicación del memorándum es prematura, por lo cual procede su eliminación. Y el hecho de que la parte condenada en costas pidiera prórroga para impugnar el memorándum no implica una renuncia a su derecho de solicitar la eliminación.

Resolución de *R. Díaz Cintrón*, J. (Ponce), desestimando oposición al memorándum de costas. *Revocada.*

*Martínez Nadal, Tormes y Colón,* y *C. del Toro Fernández,* abogados de la apelante. *O. B. Frazer* y *R. Castro Fernández,* abogados de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

El demandante apeló de una sentencia de la corte inferior que declaró sin lugar su demanda y lo condenó a pagar al demandado la cantidad de $1,130.95 y las costas, sentencia que fué confirmada por nosotros. Nuestra sentencia certificada por nuestro secretario el día 3 de agosto de 1923 fué presentada en la secretaría de la corte inferior el 7 de agosto, cuando el día antes había sido presentado en ella el memorándum de costas del demandado. El demandante pidió prórroga para alegar contra dicho memorándum y habiéndosele concedido se opuso después a la aprobación de dicho memorándum de costas, alegando entre otras cosas

que debía ser eliminado por haber sido presentado extemporáneamente, antes de que se hubiera recibido en la secretaría de la corte inferior nuestra sentencia en ese caso. El memorándum de costas fué aprobado por la corte inferior con algunas modificaciones y apelada esa resolución por el demandante alega como primer motivo de su recurso haberse cometido error al no ordenarse la eliminación que solicitó del expresado memorándum de costas por el motivo dicho.

La ley número 15 de 19 de noviembre de 1917 (2) (p. 229) dispone que la entrega del memorándum de costas se hará dentro de los diez días siguientes al en que haya vencido el término para apelar de la sentencia dictada en el caso de que no se hubiere apelado; y si se hubiere apelado, la entrega se hará dentro de los diez días siguientes al en que se haya recibido en la corte sentenciadora en primera instancia aviso oficial de la resolución dictada en apelación en última instancia. Este precepto es claro y por tanto habiendo sido presentado el memorándum de costas en este caso antes de ser recibida en la corte inferior nuestra sentencia confirmatoria, su radicación fué extemporánea y debió ser eliminado como pidió el demandante. Así lo hemos resuelto antes de ahora en el caso de la *Empresa Teatral Ponceña* v. *Municipio de Ponce,* 30 D.P.R. 539.

Alega, sin embargo, el apelado que por haber pedido el demandante una prórroga de diez días para alegar contra dicho memorándum estaba impedido de solicitar su eliminación porque así evitaba que el demandado pudiera radicar en tiempo otro memorándum. No creemos sostenible ese argumento porque la petición de prórroga no privó al demandante de su derecho para hacer todas las alegaciones que estimare convenientes.

Por el expresado motivo la resolución apelada debe ser *revocada y dictarse otra eliminando* el memorándum de costas que se presentó.